UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE: <br>    Elizabeth Young <br><br> Debtor | CASE NO: 09-30832 <br>    (Chapter 13) <br><br> JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4014805**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 3 | EVERHOME MORTGAGE <br> 8100 NATIONS WAY <br> JACKSONVILLE, FL  32256 | 359.95 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/13/2010

                                              Certificate of Service                        09-30832

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

Elizabeth Young
4887 Goodyear Drive
Dayton, OH  45406

RUTH SLONE
BOX 3340
DAYTON, OH  45401

(14.4n)
CHRISTIAN NIKLAS
SHAPIRO VAN ESS PHILLIPS &
BARRAGATE LLP
4805 MONTGOMERY ROAD SUITE 320
NORWOOD, OH  45212

(3.1)
EVERHOME MORTGAGE
8100 NATIONS WAY
JACKSONVILLE, FL  32256

(3.4)
MORTGAGE ELECTRONIC
REGISTRATION
BOX 45077
JACKSONVILLE, FL  32231

                        Jeffrey M. Kellner BY            ___/s/ Jeffrey M. Kellner_____    sv